**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Terry Lynn Kimball
**Affiant**

v.

**CASE NUMBER:** 8:17 MC 51 T36 JSS
**(To be supplied by Clerk's Office)**

Bay Pines VA Hospital
Bay Pines Police
Sheriffs Department Pinellas County
**Defendant(s)**

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, Terry L. Kimball, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 U.S.C. § 1915, to proceed in forma pauperis in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. **BRIEF STATEMENT OF THE NATURE OF THE ACTION:** After try to negotiate with Bay Pines VA travel and the "Patient Advocacy" to pay for my Bat's Taxi Ride to an appointment, I was apprehended & tackled onto my injured shoulder. I told the VA Police that I was leaving they would not let me leave. I also told VA Police on multiple occassions prior to the take down that both shoulders were injured (trying to comply) they slammed me onto the pavement on recently over→

T.L.K.

injured shoulder. After slamming me to the ground without provocation I pleaded that they handcuff me in front due to both shoulders having limited mobility. I was also ~~that~~ transported by Sheriffs Dept to Pinellas County Jail in back seat (plastic) with arms handcuffed be-hind my back after pleading for front-cuff method. There was absolutely zero reason to detain me in the first place. Bay Pines answers or avoids answering complaints by arresting Veterans & then Flagging us to eliminate our valid complaints. More details to follow.... I do have an eye witness. There should be excellent video coverage as well - if the VA didn't destroy or lose it....

**II. RESIDENCE:**

Affiant's address: 4010 18th Ave S
(Street)

St. Petersburg (City) FL (State) 33711 (Zip Code)

**III. MARITAL STATUS:**

1. Single ☐ Married ☐ Separated ☐ Divorced ☒

2. If married, spouse's full name: ____________

***IV. DEPENDENTS:***

1. Number: Ø

2. Relationship to dependent(s): ____________

3. How much money do you contribute to your dependent's support on a monthly basis? $____________

**V. EMPLOYMENT:** (Information provided below applies to your present employment or last employment.)

1. Name of employer: VA Pension

   a. Address of employer: Dept. of Veterans' Affairs
   (Street)

   ____________
   (City) (State) (Zip Code)

   b. State how long affiant has been (was) employed by present (or last) employer?

   Years: 8 Months: ____________

   c. Income: Monthly $1074[00] or Weekly $____________

   d. What is (was) affiant's job title? Disability Pension

2. If unemployed, date of last employment: —

3. Is spouse employed? N/A If so, name of employer: ____________

____________________________________________

a. Income: Monthly $________ or Weekly $________

b. What is spouse's job title? ____________________

4. Are you and/or your spouse receiving welfare aid? NO

If so, amount: Monthly $________ or Weekly $________

VI. *FINANCIAL STATUS:*

1. Owner of real property (excluding ordinary household furnishings and clothing):

a. Description: None

b. Full address: ____________________

(Street)

____________________________________________

(City) (State) (Zip Code)

c. In whose name? ____________________

d. Estimated value: $ ________

e. Total amount owed: $ ________

Owed to: ________________ for $ ________

________________ for $ ________

f. Annual income from property: $ ________

2. Other assets/property: None

a. Automobile: Make ________ Model ________

In whose name registered? ____________________

Present value of car: $ ________

Amount owed: $ ________

Owed to: ____________________

b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ −130.00 Chase

−100.+ Jail Account

c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession, or other forms of self employment: $ —

Rent payments, interest, or dividends: $ —

Pensions, annuities, or life insurance payments: $ —

Gifts or inheritances: $ —

Stocks, bonds, or notes: $ —

Other sources: $

3. Obligations:

a. Monthly rental on house or apartment: $ ~~~~$400.00~~~~ $500.00 Rent & Utilities

b. Monthly mortgage payments on house: $ —

4. Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly Payment) |
|---|---|---|
| Student Loans | ~$25,000.00 | unk |
| CA Child Support | ~$58,000.00 | 500.00 unable to pay arrears & interest |
| AMSCOT | ~$300 | 300.00 one time 5/1/2017 |

Other (explain): Defaulted Car Loan ~$5,000.00

## VII. FOR PRISONER AFFIANTS ONLY:

1. Date(s) of incarceration: ________

2. Estimated release or parole date: ________

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition <u>must</u> accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN:

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

Signature of Affiant

STATE OF FLORIDA
COUNTY OF Pinellas

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 24th DAY OF April, 2017, BY Terry Lynn Kimball
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED FL DL K514-812-61-122-0 AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

Sharon Lee Bilsborough
NOTARY PUBLIC

SHARON LEE BILSBOROUGH
Notary Public - State of Florida
Commission # GG 029853
My Comm. Expires Sep 16, 2020
Bonded through National Notary Assn.

MY COMMISSION EXPIRES: